█ CELLUTECH, INC., et al., Appellants, v WATERTOWN INDUSTRIAL CENTER LOCAL DEVELOPMENT CORPORATION et al., Respondents. (Appeal No. 1.) [837 NYS2d 891]—Appeals from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), dated April 4, 2006. The order denied plaintiffs' motion for judgment notwithstanding the verdict or, alternatively, for a new trial.

It is hereby ordered that said appeals be and the same hereby are unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens,* 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Hurlbutt, J.P., Gorski, Smith, Lunn and Pine, JJ.